**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| MARY C. ZERVOS, <u>et al.</u> | : | |
| | : | |
| v. | : | Civil No. WMN-98-3389 |
| | : | |
| MCIL RESOURCES FOR INDEPENDENT | : | |
| LIVING, INC., <u>et al.</u> | : | |

**ORDER**

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this *17*<sup>th</sup> day of December, 1999, by the United States District Court for the District of Maryland, ORDERED:

1.   That Defendant MLIC's Motion for Summary Judgment, Paper No. 39, will be GRANTED as to Count Twelve of the Amended Complaint and that Count will be dismissed;

2.   That the Clerk of the Court is instructed to remand this action to the Circuit Court for Baltimore City; and

3.   That the Clerk of the Court shall mail copies of the foregoing Memorandum and this Order to all counsel of record.

William M. Nickerson
United States District Judge